# U.S. BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  
Michelle J Major

        Debtor.

Case No.: 22-11077-elf  
**Chapter 13**

## NOTICE OF MOTION

Sirs:

Please Take Notice that upon the annexed application of Michelle J Major, debtor herein, the undersigned will move before Honorable Eric L Frank, Bankruptcy Judge, at United States Bankruptcy Court, Eastern District of Pennsylvania, 900 Market Street, Philadelphia, Pennsylvania as soon as counsel may be heard, for an order pursuant to Bankruptcy Rule 1007(c) extending the time of the debtor herein to file the Chapter 13 Plan and Schedules to May 25, 2022, and for such other relief as is just.

Dated: May 12, 2022

/s/ George R Tadross_____

George R Tadross, Esquire  
128 Chestnut Street, Suite 301B  
Philadelphia, PA 19106  
215-500-5000 (phone)  
267-885-2377 (fax)  
Attorney for Debtor