# U.S. BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  
Michelle J Major

Debtor.

Case No.: 22-11077-elf  
Chapter 13

### ORDER

The debtor having moved for an extension of time to file the schedules, statement of affairs and plan as required by Bankruptcy Rule 1007(b),

Now, upon the application of the debtor dated May 12, 2022, it is hereby

**ORDERED** that the time of the debtor herein to file the schedules, and plan required by Bankruptcy Rule 1007(b) is extended until **May 25, 2022**.

DATED:  5/31/22

**ERIC L. FRANK**  
**U.S. BANKRUPTCY JUDGE**